IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD A. & ANNETTE V. WILLIAMS | : | CIVIL ACTION |
| v. | : | |
| | : | No. 10-7474 |
| CHASE AUTO FINANCE | : | |
| | : | |

## NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on June 23, 2011. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE JAMES A. BYRNE U.S. COURTHOUSE, 601 MARKET ST., PHILADELPHIA, PA 19106. REPORT TO ROOM 2609 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

                                                                                      Michael E. Kunz
                                                                                      Clerk of Court

                                                                                  By: S/PATRICIA A. JONES
                                                                                  Patricia A. Jones
                                                                                  Deputy Clerk
                                                                                  Phone:267-299-7072

Date: February 16, 2011

Copies:    Secretary/Courtroom Deputy to Judge Yohn, Jr.
                 Docket Clerk - Case File

                Counsel:        Edward A. Williams, 227 Garfield Ave., Norwood, PA  19074
                                        Annette v. Williams, 227 Garfield Ave., Norwood, PA  19074
                                        Eric E. Reed, Esq.

ARB2.FRM